# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT   Chattanooga

FILED

AUG 08 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Gina Louise Franks,   Pro Se                    )
                                                )
_____                )
                                                )
_____                )
Name of plaintiff (s)                           )
                                                )
v.                                              )      Case No. __1:22-cv-198 TRM/SKL__
City of Chattanooga, Department of              )            (to be assigned by Clerk)
Public Works                                    )
Thomas Hutka - Administrator of Public Works    )
Amanda Lawrence - Director of Human Resources   )
Ricky Colston - Director of City Wide Services  )
Chris Ann Lee  - HR Business Partner for City Wide Services  )
                                                )
_____                )
Name of defendant (s)                           )

### COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Pursuant to Title VII of the 1964 Civil Rights Act codified at 42 USC 2000(e) plantiff seeks damages for employment

discrimination in the terms and conditions of employment, retaliation, harassment, hostile environment and constructive

discharge. EEOC Charge No. 494-2022-01044

2. Plaintiff, _____Gina Louise Franks_____ resides at

___5825 Dayton Blvd_____ , ___Chattanooga_____
street address                                    city

___Hamilton_____ , __Tennessee__ , __37415_____ , ___423-619-1311_____ .
county                    state          zip code         telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, __City of Chattanooga - Amanda Lawrence__ lives at, or its business is located at

| __101 E 11th Street__ | , | __Chattanooga__ | , |
|---|---|---|---|
| street address | | city | |

| __Hamilton__ | , | __Tennessee__ | , | __37402__ | . |
|---|---|---|---|---|---|
| county | | state | | zip code | |

(if more than one defendant, provide the same information for each defendant below)

Defendant, City of Chattanooga - Thomas Hutka lives at, or its business is located at 1250 Market Street, Chattanooga, Hamilton, Tennessee, 37402

Defendant, City of Chattanooga - Ricky Colston lives at, or its business is located at 900 E 11th Street, Chattanooga, Hamilton, Tennessee, 37403

Defendant, City of Chattanooga - Chris Ann Lee lives at, or its business is located at 900 E 11th Street, Chattanooga, Hamilton, Tennessee, 37403

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

1. I am a former employee of the City of Chattanooga - Department of Public Works, City-Wide Services Division.

2. Ricky Colston denied my flextime application to continue attending school while working at the City. (This was approved the previous three semesters.)

3. On Wednesday, December 15, 2021, I notified the city of my concerns of being discriminated against in response to my application for flex-time to complete my educational requirements at the University of Tennessee at Chattanooga.

4. While being denied flex-time by the administration, other similarly situated non-white employees, Donald Stone - Deputy Administrator (Deceased) and Roshonda Woods - Sanitation Manager were allowed to work from home during the same period my request was being denied. Both were African-American.

5. On or about January 13, 2022, I received a Letter of Counseling and a Corrective Action Form. The Letter of Counseling stated that I was given a coaching ses: on November 1, 2021 about unauthorized overtime and since then I had unauthorized overtime on December 7, 9 and 20 of 2021 and January 11, 2022.

6. The Corrective Action Form stated that I was given a coaching session on November 1, 2021 for allegedly being behind on my assignments

7. The alleged coaching sessions never occurred on November 1, 2021 because on that date I was not at work but using my PTO.

8. After investigating the alleged paid overtime I discovered this not to be true and that my time entry had been edited to say 8 hours on the dates they claim I had overtime.

9. These false allegations were in retaliation for having complained about disparate treatment on December 15, 2021.

10. These combined acts of disparate treatment, false allegations, harassment and retaliation have created a hostile working environment leading to extreme humiliation and emotional distress which has ultimately resulted in a constructive discharge.

11. Throughout this process, Amanda Lawrence, Chris Ann Lee, Ricky Colston and Thomas Hutka allowed the retaliation and harassment to continue despite my multiple requests for help. Thomas Hutka was very demeaning towards me during a meeting I had with him and showed signs of gender discrimination.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a.     Issue Summons for the Defendants to appear and answer this Complaint

b.     Damages for lost wage, humiliation and emotional distress damages consistent with Title VII of the 1964 Civil Rights Act

c.

d.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____8_____ day of __August__ , 20 22

Gina Louise Franks,   Pro Se

5825 Dayton Blvd

Chattanooga, Tennessee, 37415

_Gina Franks_
Signature of plaintiff (s)

3



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Nashville Area Office**
220 Athens Way, Suite 350
Nashville, TN 37228
(629) 236-2240
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 05/10/2022

**To:** Gina L. Franks
5825 Dayton Blvd
CHATTANOOGA, TN 37415

Charge No: 494-2022-01044

EEOC Representative and email:  Robert Trail
Investigator
Robert.Trail@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Edmond Sims
05/10/2022
Edmond Sims
Acting District Director